UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH SAMPIETO,                                                       :
                                                                       :
                            Plaintiff,                                 :
                                                                       :                    26 Civ. 2099 (JPC)
              -v-                                                      :
                                                                       :                    ORDER
SUPERFOODS, INC., *doing business as* Live it Up,                     :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Plaintiff filed his Complaint on March 14, 2026, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship under 28 U.S.C. § 1332.  Dkt. 1 ¶ 2.1. According to the Complaint, Plaintiff "is a resident of" Maine "and "is therefore a citizen of the State of Maine."  *Id.* ¶ 1.1.  Domicile, not residency, determines an individual's citizenship for purposes of diversity jurisdiction.  *Palazzo ex rel. Delmage v. Corio*, 232 F.3d 38, 42 (2d Cir. 2000); *accord Canedy v. Liberty Mut. Ins. Co.*, 126 F.3d 100, 103 (2d Cir. 1997) ("[I]t is well-established that allegations of residency alone cannot establish citizenship . . . .").  Here, Plaintiff alleges only where he is a resident, not where he is domiciled.

Accordingly, no later than March 25, 2026, Plaintiff shall amend his Complaint to allege his state of domicile.  If Plaintiff fails to amend his Complaint by that date, or otherwise properly establish this Court's jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), the Court will dismiss this action for lack of subject matter jurisdiction without further notice.

SO ORDERED.

Dated: March 18, 2026
       New York, New York                              _____
                                                              JOHN P. CRONAN
                                                         United States District Judge

1